# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0255. CALEB COLE THOMPSON v. AMBER LOUISE THOMPSON.**

Amber Thompson, the plaintiff in this divorce case, filed several motions in the trial court for temporary relief (e.g., to modify a temporary order and to temporarily suspend visitation). In its amended order on the motions, the trial court ordered Caleb Thompson to pay Amber Thompson $6,498.50 in attorney fees and court costs. Acting pro se, Caleb Thompson filed this application for discretionary appeal from the award of attorney fees and costs. We lack jurisdiction.

It is clear from the documents filed with this application that the divorce action remains pending before the trial court and the order Caleb Thompson seeks to appeal is a non-final order that did not resolve all issues in this action. As a result, he was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) — including obtaining a certificate of immediate review — to challenge the order. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). To the extent that both discretionary and interlocutory appeal procedures may apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial court before filing an application. See *Scruggs*, 261 Ga. at 588-589 (1). Caleb Thompson's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   04/12/2021            *

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*  Stephen E. Castlen